[No. 63751-7-I.   Division One.   June 21, 2010.]

SCOTT DAVID McDONALD, *Respondent*, v. HIGHLINE SCHOOL DISTRICT NO. 401, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-41614-3, Jay V. White, J., entered June 24, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.

[No. 64973-6-I.   Division One.   June 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VINH QUANG LAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05830-7, Brian M. Tollefson, J., entered March 20, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.

[No. 38515-5-II.   Division Two.   June 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS MICHAEL MULDROW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01140-3, Kitty-Ann van Doorninck, J., entered October 10, 2008. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 38870-7-II.   Division Two.   June 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NATALIE MARIE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01133-7, Stephen M. Warning, J., entered January 21, 2009. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Armstrong, J.